

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 13, 2020

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/20
```

Re:     *United States v. Alfonso Lanier*, 20 Cr. 206 (VM)

Dear Judge Marrero:

The Government writes regarding the above-captioned criminal case, which has just been assigned to Your Honor. After consultation with defense counsel and Your Honor's chambers regarding availability, the parties respectfully request that the Court schedule an initial conference in this matter on Friday, March 20, 2020 at 1:00 p.m. The parties will appear before the duty Magistrate Judge prior to that conference for an arraignment.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc:     Megan Benett, Esq. (by ECF)

---

Request GRANTED. The *initial pretrial* conference herein is scheduled for 3-20-20 at 1:00 P.M.

SO ORDERED.

3-13-20
DATE        VICTOR MARRERO, U.S.D.J.