USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 15, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,        :        **20 CR 206 (VM)**
                                 :
        -against-                :
                                 :        **ORDER**
ALFONSO LANIER,                  :
                                 :
                Defendant.       :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The Court previously scheduled a conference in the above-referenced matter for Friday, June 19, 2020 at 4:45 p.m. (See Dkt. No. 12.) Due to the ongoing coronavirus pandemic, the conference will take place by telephone. The Metropolitan Detention Center ("MDC"), where the defendant is housed, currently requires conferences to be held on Tuesdays or Thursdays; accordingly, the conference will take place on Thursday, June 18, 2020, at 12:00 p.m.

Counsel is directed to use the following dial-in: 888-363-4749 (international callers dial 215-446-3662); access code 8392198.

**SO ORDERED.**

Dated:   New York, New York
         15 June 2020

_____
Victor Marrero
U.S.D.J.