```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: January 20, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

ALFONSO LANIER,

                    Defendant.

20 CR 206(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Government requests, with consent of the defendant, that the status conference for the above-named defendant currently scheduled for February 4, 2021 be adjourned. (See Dkt. No. 24.) The conference shall be rescheduled for March 4, 2021, at 12:00 p.m.

    Both the Government and counsel for the defendant consent to an exclusion of the adjourned time from the Speedy Trial Act to March 4, 2021.

    It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated: New York, New York
       20 January 2021

_____
Victor Marrero
U.S.D.J.