USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: April 8, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ALFONSO LANIER,

           Defendant.

ORDER

20 Cr. 206 (VM)

WHEREAS, defendant ALFONSO LANIER has stated his intention to enter a plea of guilty pursuant to a plea agreement in this case, and this Court has referred the change-of-plea proceeding to the duty Magistrate Judge;

WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely, and the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by telephone or videoconference, subject to certain findings made by the District Judge;

WHEREAS the Court understands that the duty Magistrate Judge shall conduct the defendant's change-of-plea proceeding by videoconference or by telephone if, due to scheduling limitations, videoconference is not reasonably available, and that the defendant has specifically requested that the proceeding occur remotely and consents to the same;

THE COURT HEREBY FINDS that the defendant's change-of-plea proceeding cannot be further delayed without serious harm to the interests of justice, because the defendant's case has been pending since his arrest in December 2019, during which time the defendant has been detained; because the defendant has now stated an intention to resolve the case by pleading guilty prior to pretrial motion practice and trial, which would be frustrated by further delay; and because

the parties' and the public's interest in finality, certainty, and the speedy disposition of criminal cases all require that the change-of-plea proceeding occur without further delay.

SO ORDERED.

Dated: New York, New York
April 8, 2021

                                                                           _____
                                                                                        Victor Marrero
                                                                                           U.S.D.J.