UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: April 30, 2021
```

UNITED STATES OF AMERICA

v.

ALFONSO LANIER,

              Defendant.

**ORDER**

**20 Cr. 206 (VM)**

WHEREAS, on April 22, 2021, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for  August 26, 2021  at  10:30 a.m. .

Dated: New York, New York
       April 30, 2021

                                                              Victor Marrero
                                                             U.S.D.J.