UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

ALFONSO LANIER,

                    Defendant.

20 CR 206(VM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 1, 2021

**VICTOR MARRERO, United States District Judge.**

    The status conference currently scheduled for Friday, June 11 at 9:30 a.m. is hereby canceled.

**SO ORDERED:**

Dated: New York, New York
      1 June 2021

_____
Victor Marrero
U.S.D.J.