

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 13, 2021
```

July 12, 2021

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *U.S. v. Alfonso Lanier*, 20 cr. 206 (VM)

Dear Judge Marrero,

    I represent Alfonso Lanier, who is currently scheduled to be sentenced in this case on August 26, 2021. On April 22, 2021, before a magistrate judge, Mr. Lanier entered a plea of guilty to a single count of possessing with intent to distribute cocaine base in violation of 21 U.S.C. § 841(b)(1)(C). This Court accepted that plea and set a sentencing date for August 26, 2021.

    Previously, the defense had obtained approval for the services of a mitigation specialist, who will be reporting on Mr. Lanier's social history in order to provide the full scope of information relevant to his history and characteristics for purposes of the 18 U.S.C. § 3553(a) analysis. This is especially important here given that, though there is no mandatory minimum term, Mr. Lanier faces a potentially long recommended sentence under the Career Offender guideline. Because of challenges posed by the covid-19 crisis, including limited access to federal detention facilities, concerns some mitigation witnesses have had to meeting in person and delays in production of materials from educational and social service agencies, we are still working on gathering the information necessary to present Mr. Lanier's social history in full.

    To allow counsel and the mitigation expert sufficient time to prepare sentencing materials, we therefore respectfully request that this Court adjourn the sentencing for a period of approximately 60-days, until sometime on or after November 1, 2021. Additionally, if this Court grants the instant request, on behalf of the Probation Department, I also ask that the deadline set for the final Presentence Investigation Report (PSR) be adjourned until one month before the sentencing. This additional time is necessary to allow me to review the PSR with Mr. Lanier.

    This is the first request for an adjournment and the government does not object to it. I have inquired with chambers about an adjournment, pursuant to Individual Rules I.D and V.C, but have not been able to discuss a new sentencing date. Given that the final PSR would otherwise be due on July 15, 2021, I am submitting this request now and, should the Court grant it, will continue to work with chambers to find a suitable alternate d

Respectfully submitted
/s/
Megan W. Benett

```
Request GRANTED.
The sentencing is hereby adjourned to
November 5, 2021 at 10 a.m. The PSR
will be due on October 5, 2021.

SO ORDERED.
July 13, 2021
DATE                    VICTOR MARRERO, U.S.D.J.
```

cc: all counsel by ECF

New York          Boston