USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,           :     **20 CR 206 (VM)**
                                    :
        -against-                   :
                                    :           ORDER
ALFONSO LANIER,                     :
                                    :
                Defendant.          :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

On request of the defendant and with the consent of the Government (Dkt. 42), the sentencing of the above-named defendant scheduled for Friday, November 5, 2021 is hereby adjourned until Friday, February 4, 2022 at 2:00 p.m.

**SO ORDERED:**

Dated:   New York, New York
         5 October 2021

_____
Victor Marrero
U.S.D.J.