```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
\----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
        -against-                  :        **20 CR 206 (VM)**
                                   :
ALFONSO LANIER,                    :        <u>ORDER</u>
                                   :
                Defendant.         :
\----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

At the request of defense counsel and with the consent of the Government (Dkt. No. 44), the sentencing of the above-named defendant is hereby adjourned until April 7, 2022 at 10:30 a.m.

It is further ordered that the Probation Office shall submit the final presentence report by March 10, 2022.

**SO ORDERED.**

Dated:    New York, New York
          6 January 2022

_____
Victor Marrero
U.S.D.J.