USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,        :
                                 :
          -against-              :     **20 CR 206 (VM)**
                                 :
ALFONSO LANIER,                  :     <u>ORDER</u>
                                 :
               Defendant.        :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

At the request of the defendant (Dkt. No. 46), the sentencing of the above-named defendant is hereby adjourned from April 7, 2022 until June 3, 2022 at 2:00 p.m.

The deadline for the Probation Department's final Presentence Investigation Report is adjourned until May 6, 2022.

**SO ORDERED.**

Dated:   New York, New York
         9 March 2022

_____
Victor Marrero
U.S.D.J.